UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-459-F

| | | |
|---|---|---|
| PENTAIR WATER POOL AND SPA, INC.; and DANFOSS DRIVES A/S, Plaintiffs, | ) ) ) ) ) | |
| v. | ) ) | ORDER |
| HAYWARD INDUSTRIES, INC.; and HAYWARD POOL PRODUCTS, INC., Defendants. | ) ) ) ) | |

This matter is before the court on Pentair's Motion to Seal [DE-26] the Declaration of Zack Pickard [DE-25] in Support of Plaintiffs' Motion for Preliminary Injunction; and Motion to Seal [DE- 85] the Reply Memorandum and Exhibits to the Declaration of Melanie Black Dubis [DE-78 through DE-86, inclusive]. For the reasons stated in Pentair's motions, which the court ADOPTS as its own, the court finds that Pentair has shown good cause to maintain the subject documents under seal.

Accordingly, Pentair's Motions to Seal [DE-26] and [DE-85] are ALLOWED, and the Clerk of Court is DIRECTED to maintain the following documents UNDER SEAL:

[DE-25]; [DE-78, -79, -80, -81, -82, -83, -84, -85 and -86].

SO ORDERED.

This, the 3rd day of January, 2012.

_____
JAMES C. FOX
Senior United States District Judge